## Witmer, Appellant, *v.* Warfel.

Argued March 25, 1966. *Russell S. Machmer*, for appellant; *Leonard R. Apfelbaum*, for appellees.

Judgment affirmed.

## Zimmerman *v.* Zimmerman, Appellant.

Argued March 22, 1966. *Donald M. Swope*, with him *Robert L. Myers, III*, and *Brown, Swope & MacPhail*, and *Myers, Myers & Flower*, for appellant; *George F. Douglas, Jr.*, with him *John H. Bream*, and *Fallen and Douglas*, for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the decree of the court below is affirmed.

JACOBS, J., took no part in the consideration or decision of this case.